IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NANCY LEWIS and LADY BROWN DOG THE ENFORCER,**

    Plaintiffs,

vs.                                        CIVIL NO: 09cv305 WDS/RLP

**BURGER KING,**

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** having come before the court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed on May 8, 2008 (Doc. No. 5), and Plaintiff's Objection to Proposed Disposition of Complaint filed on May 18, 2009 (Doc. No. 6) and the court having made a *de novo* review of the record, the court finds the objection to be without merit and should be overruled, and the proposed findings and recommended disposition of the United States Magistrate Judge should be adopted.

**IT IS THEREFORE ORDERED** that the Objection to Proposed Disposition of Complaint is overruled and the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the court;

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

                                                          **JUDITH C. HERRERA**
                                                          **UNITED STATES DISTRICT JUDGE**